# Court of Appeals
# of the State of Georgia

ATLANTA,  June 22, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0003.   ANITA-RAE   PANKEY   JOYNER   AS   TEMPORARY ADMINISTRATOR OF THE ESTATE OF CAESAR-TITUS ALLEN PANKEY et al. v. NAVICENT HEALTH BALDWIN, INC. et al.**

We granted the application for interlocutory review of the trial court's order granting the appellees' motion to transfer venue. After careful review of the entire record in this case, we conclude that the application was improvidently granted. Accordingly, it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/22/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*  Stephen E. Castlen